UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN, <br><br> Plaintiff, <br><br> -against- <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | 25cv2254 (LTS) <br><br> CIVIL JUDGMENT |

    For the reasons stated in the March 28, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 31, 2025
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                      Chief United States District Judge